January 13, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

THE CITY OF GALVESTON, TEXAS, Appellant

NO. 14-14-00222-CV                  V.

JOE MURPHY, YORAM BEN-AMRAM, AND GALTEX DEVELOPMENT, LLC, Appellees

———————————————

This cause, an interlocutory appeal from the order denying appellant City of Galveston's motion to dismiss for lack of subject-matter jurisdiction, in favor of appellees, Joe Murphy, Yoram Ben-Amram, and Galtex Development, LLC, signed February 28, 2014, was heard on the transcript of the record. We have inspected the record and find the trial court erred in failing to grant the motion in part. We therefore order that the order that denied the City's motion to dismiss with regard to appellees' takings claims based on the City's denial of appellees' Special Use Permit is **REVERSED** in part and **RENDER** judgment dismissing such claims.

Further, we order that the order is **AFFIRMED** in part with regard to appellees' takings claims based on the City's revocation of the property at issue's grandfathered non-conforming status.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.